## J. H. HARDEGREE v. THE STATE.

No. 18937. Delivered April 7, 1937.

The opinion states the case.

*Sam B. Spence*, of Wichita Falls, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for murder without malice; punishment, two years in the penitentiary.

Appellant was charged with operating a motor vehicle on a public highway while under the influence of intoxicating liquor, and so operating said vehicle as to cause it to collide with another, causing the death of a human being. There are no bills of exceptions in the record. The evidence has been examined, and while admittedly in a condition of conflict, there is beyond question sufficient evidence to support the judgment and verdict of the jury.

The judgment will be affirmed.

*Affirmed.*